FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2022

No. 04-22-00810-CR

Laura C. **BUSTAMANTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1184
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant Laura Bustamante entered into a plea bargain with the State, pursuant to which she pleaded guilty to the charged offense. The trial court imposed a sentence on October 13, 2022 in accordance with the agreement and signed a certificate stating this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). The clerk's record includes the written plea bargain agreement. *See id.* 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*. The record establishes the punishment assessed by the court does not exceed the punishment recommended by the prosecutor and agreed to by the defendant. *See id.* 25.2(a)(2). The record also appears to support the trial court's certification that Appellant does not have a right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding court of appeals should review clerk's record to determine whether trial court's certification is accurate).

We therefore **order** appellant to file a response, by **December 28, 2022**, establishing an amended certification showing she has the right to appeal has been made part of the appellate record. *See* TEX. R. APP. P. 25.2(d), 37.1. If a supplemental clerk's record is required to show appellant has the right to appeal, appellant must request a supplemental record from the trial court clerk and file a copy of the request with this court. If appellant fails to satisfactorily respond to this order within the time provided, the appeal will be dismissed.

We **order** all appellate deadlines suspended until further order of the court. We further **order** the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

FILE COPY

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court